**Opinion issued April 14, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00101-CR

———————————

## IN RE ANDRE JONES, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator, Andre Jones, acting pro se, has filed a document with this Court entitled as an "Application for a Writ of Habeas Corpus."[1] In criminal matters, this Court's habeas corpus jurisdiction is appellate only, and we do not have original habeas corpus jurisdiction. *See Ex parte Denby*, 627 S.W.2d 435, 435 (Tex. App.—

---

[1] The underlying case is *State of Texas v. Andre Jones*, cause number 917355 in the 182nd District Court of Harris County, Texas, the Honorable Jeannine Barr presiding.

Houston [1st Dist.] 1981, orig. proceeding); *see also Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing TEX. GOV'T CODE § 22.221) ("A court of appeals does not have original habeas corpus jurisdiction in felony cases."). We thus lack jurisdiction over this attempt to seek habeas relief directly from this Court. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).

Accordingly, we dismiss the habeas corpus petition for want of jurisdiction. *See In re Jones*, No. 01-19-01011-CR, 2020 WL 370557, at *1 (Tex. App.—Houston [1st Dist.] Jan. 23, 2020, orig. proceeding) (mem. op., not designated for publication) (dismissing identical habeas corpus petition filed by relator arising from same underlying case).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).